**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-658**

───────────────

In Re:  ROBERT LEE DAVIS,

                                        Petitioner.

───────────────

On Petition for Writ of Mandamus. (CA-97-492-5-BR3)

───────────────

Submitted:  August 14, 1997          Decided:  August 21, 1997

───────────────

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior
Circuit Judges.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

Robert Lee Davis, Petitioner Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Lee Davis brought this mandamus petition seeking to have United States District Judge W. Earl Britt recused from adjudicating his habeas petition under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997).

A district judge's refusal to disqualify himself may be reviewed by way of a petition for a writ of mandamus. See In re Beard, 811 F.2d 818, 827 (4th Cir. 1987). A party seeking mandamus relief, however, must show that he has no other means of relief and that his right to the relief he seeks is "clear and indisputable." Id. at 826. The test for determining whether a judge should disqualify himself is "whether a reasonable person would have a reasonable basis for questioning the judge's impartiality." Id. at 827. Moreover, the judge's alleged bias must derive from an extrajudicial source. Id.

The record reveals that this is not Davis' first habeas petition. Therefore, he is required to obtain authorization from this court to file a successive petition. See 28 U.S.C.A. § 2244(b)(3)(A) (West Supp. 1997). Because the record reveals that Judge Britt dismissed Davis' petition without prejudice so that he could obtain such authorization, we deny Davis' mandamus petition and deny the motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED